# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2020

Lyle W. Cayce
Clerk

No. 19-40459
Summary Calendar

DUSTIN MITCHELL,

Plaintiff-Appellant

v.

DENTON COUNTY; FNU INMAN, Sergeant, Denton County; TRACY MURPHREE; FNU CORDELL, Sergeant,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CV-399

Before JOLLY, JONES, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Dustin Mitchell, Texas prisoner # 2221593, appeals the district court's order overruling his objections to the magistrate judge's rulings denying his motion for leave to file a third amended complaint, denying his motion to appoint counsel, and striking his third amended complaint from the record in his civil rights action under 42 U.S.C. § 1983. The interlocutory order at issue

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40459

is not an appealable order.  *See Williams v. Catoe*, 946 F.3d 278, 279-81 (5th Cir. 2020) (en banc); *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993).  Accordingly, we lack jurisdiction to entertain this appeal.

APPEAL DISMISSED FOR LACK OF JURISDICTION.